**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 00-2650 DWF/AJB**

RECEIVED BY MAIL
FEB 12 2001
CLERK US DIST COURT MINNEAPOLIS MN

Dana Sawyer,

Plaintiff,

-vs-

Arrow Financial Services, LLC

Defendant.

**NOTICE OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Dana Sawyer and her attorneys, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**

By: ______________________
Peter F. Barry
Attorney for Plaintiff
Attorney I.D. #: 0266577
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney for Plaintiff
Attorney I.D. #249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone (651) 714-8800



FILED FEB 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD FEB 13 2001
DEPUTY CLERK

**ORDER**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: Feb 13, 2001

The Honorable U.S. ~~District~~ Judge
United States District Court